# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                              Case No.: 2:09−bk−29038−DPC

BRENDA DENELL HANSERD              Chapter: 13
2773 EAST GALVESTON STREET
CHANDLER, AZ 85225
**SSAN:** xxx−xx−7316
**EIN:**

Debtor(s)

### NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

### OR MOTION FOR MORATORIUM ON PLAN PAYMENTS

     Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan or Motion for Moratorium on Plan Payments. Pursuant to Local Rules 2084−9 and 2084−10, plan or motion confirmation is governed by the following procedures:

1.    Any objection by a creditor to the Plan or Motion must be in writing and filed with the Bankruptcy Court, and copies served on the following parties no later than 14 days after the date set for the meeting of creditors or 28 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727 |
| Address of Trustee | RUSSELL BROWN<br>CHAPTER 13 TRUSTEE<br>SUITE 800<br>3838 NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85012−1965 |
| Address of Debtor(s) | BRENDA DENELL HANSERD<br>2773 EAST GALVESTON STREET<br>CHANDLER, AZ 85225 |
| Address of Debtor(s) Attorney | RAYMOND J. STEELE<br>LAW OFFICE OF RAYMOND J. STEELE<br>501 WEST RAY ROAD, SUITE 8<br>CHANDLER, AZ 85225 |

− − − **NOTICE CONTINUES ON NEXT PAGE** − − −

2.  The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3.  If creditors file no objections and the Trustee recommends confirmation or approval, the Court may confirm the Plan or grant the Motion without a hearing.

4.  If a creditor files an objection and/or the Trustee does not recommend confirmation or approval, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5.  **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan or the granting of a motion for a moratorium shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**

**Date: January 10, 2014**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**

```
                              United States Bankruptcy Court
                                    District of Arizona
In re:                                                             Case No. 09-29038-DPC
BRENDA DENELL HANSERD                                              Chapter 13
           Debtor              CERTIFICATE OF NOTICE
District/off: 0970-2           User: cantrellp              Page 1 of 3              Date Rcvd: Jan 10, 2014
                               Form ID: nch13pln            Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2014.
db           +BRENDA DENELL HANSERD,    2773 EAST GALVESTON STREET,    CHANDLER, AZ 85225-4258
cr           +C/O MARK S. BOSCO WELLS FARGO BANK, N.A.,   TIFFANY & BOSCO, P.A.,    2525 E. CAMELBACK RD.,
               SUITE 300,   ESPLANADE II,   PHOENIX, AZ 85016-4237
cr           +Capital One, N.A.,    Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite #200,
               Tucson, AZ 85712-1083
cr           +GMAC MORTGAGE, LLC,    Pite Duncan, LLP,   4375 Jutland Drive, suite 200,    po box 17933,
               San Diego, CA 92177-7921
cr           +OCWEN LOAN SERVICING, LLC,   3451 HAMMOND AVENUE SUITE 150,    WATERLOO, IA 50702-5345
cr           +PRA Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
cr           +Townes at South Park Homeowners Association,    Carpenter Hazlewood Delgado & Wood, PLC,
               1400 E. Southern Avenue,   Suite 400,   Tempe, AZ 85282-5693
8641334      +AMERICAN EXPRESS,   C/O PHILLIPS & COHEN ASSOCIATES, LTD.,    258 CHAPMAN RD. #205,
               NEWARK DE 19702-5444
8641333       AMERICAN EXPRESS,   BOX 0001,   LOS ANGELES CA 90096-8000
8735455       American Express Centurion Bank,    c/o Becket and Lee LLP,   POB 3001,    Malvern PA 19355-0701
8641337      #BANK OF AMERICA,   P.O. BOX 15026,   WILMINGTON DE 19850-5026
8641336      +BANK OF AMERICA,   P.O. BOX 15027,   WILMINGTON DE 19850-5027
8641338      +CARDMEMBER SERVICE,   PO BOX 15298,   WILMINGTON DE 19850-5298
8641339      +CHANDLER REGIONAL MEDICAL CENTER,    FILE 56233,   LOS ANGELES CA 90074-0001
8641340       CITIBANK,   PO BOX 6003,   HAGERSTOWN MD 21747-6003
11485589     +Capital One, N.A.,    Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,
               Tucson, AZ 85712-1083
8899987      +Chase Bank USA, N.A.,    by PRA Receivables Management, LLC,   POB 12907,    NORFOLK, VA 23541-0907
8681612       DEPARTMENT STORES NATIONAL BANK/MACYS,    NCO FINANCIAL SYSTEMS, INC.,    PO BOX 137,
               COLUMBUS, GA  31902-0137
8681611       DEPARTMENT STORES NATIONAL BANK/VISA,    NCO FINANCIAL SYSTEMS, INC.,    PO BOX 137,
               COLUMBUS, GA  31902-0137
8641342       DOBSON PLACE II COMMUNITY ASSOCIATION,    1600 W BROADWAY STE 200,    TEMPE AZ 85282-1136
8641343     #+EXECUTIVE TRUSTEE SERVICES, LLC,    2255 NORTH ONTARIO STREET, SUITE 400,    BURBANK CA 91504-3190
8899590      +FIA Card Services NA aka Bank of America,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
8641344      +FIRST AMERICAN TITLE INSURANCE CO.,    PO BOX 2922,   PHOENIX AZ 85062-2922
8641346      +GMAC MORTGAGE,   HOME EQUITY FUNDING,    4 WALNUT GROVE DRIVE,    HORSHAM PA 19044-2201
8641348      +GMAC MORTGAGE LLC,    ATTN: ALVARO G. DE MOLINA, PRESIDENT,    1100 VIRGINIA DR,
               FORT WASHINGTON PA 19034-3204
8869836       GMAC Mortgage, LLC,    Attn: Bankruptcy Department,    Ft. Washington, PA 19034
8681353      +GMAC Mortgage, LLC,    c/o Pite Duncan, LLP,   4375 Jutland Drive, suite 200,    P.O. Box 17933,
               San Diego, CA 92177-7921
8641350      +HSBC,   ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 5213,   CAROL STREAM IL 60197-5213
8728102      +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,
               Tucson, AZ 85712-1083
8641352      +LAWYERS TITLE OF ARIZONA, INC,    40 EAST MITCHELL DRIVE, STE 100,    PHOENIX AZ 85012-2330
8641353       MACY'S,   PO BOX 4562,   CAROL STREAM IL 60197-4562
8641354      +MCYDSNB,   9111 DUKE BLVD.,   MASON OH 45040-8999
8641355       MERS,   P.O. BOX 2026,   FLINT MI 48501-2026
8641357      +MORTGAGE ELECTRONIC REGISTRATION SYSTEM,,    1100 VIRGINIA DR.,    FORT WASHINGTON PA 19034-3204
8641358       MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,    R.K. ARNOLD, PRESIDENT,    1818 LIBRARY ST. #300,
               RESTON VA 20190-6280
12628674     +OCWEN LOAN SERVICING, LLC,   ATTN:BANKRUPTCY DEPARTMENT,    1100 VIRGINIA DR, SUITE 175,
               FORT WASHINGTON, PA 19034-3204
9060411     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 41067,
               Norfolk, VA  23541)
8883072      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    PO Box 12914,
               NORFOLK VA 23541-0914
8834154      +THE BANK OF NEW YORK TRUST CO,    GMAC MORTGAGE INC,   ATTN: BANKRUPTCY DEPT,
               4375 JUTLAND DR STE 200,   PO BOX 17933,   SAN DIEGO CA 92177-7921
8641361      +THE TOWNES AT SOUTHPARK,    C/O L & R PAYMENT PROCESSING CENTER,    PO BOX 500310,
               SAN DIEGO CA 92150-0310
8695935      +The Bank of New York Trust Company as Indenture Tr,     c/o GMAC Mortgage, LLC,
               ATTN: Bankruptcy Department,    1100 Virginia Drive,    Ft. Washington, PA 19034-3204
8711984      +Townes at South Park Homeowners Association,    c/o Carpenter Hazlewood Delgado & Wood,
               1400 E. Southern Ave., Ste. 400,   Tempe, AZ 85282-5693
8641362      +VERIZON WIRELESS,   404 BROCK DRIVE,    BLOOMINGTON IL 61701-2654
8641364      +WELLS FARGO BANK,   PO BOX 9210,   DES MOINES IA 50306-9210
8641365      +WELLS FARGO BANK, N.A.,   PO BOX 5137,    DES MOINES IA 50305-5137
8641366      +WELLS FARGO BANK, N.A.,   CARRIE L TOLSTEDT, PRESIDENT,    420 MONTGOMERY ST,
               SAN FRANCISCO CA 94104-1298
8842082      +WELLS FARGO BANK, N.A. C/O MARK S. BOSCO,    2525 E. CAMELBACK RD. SUITE 300,
               PHOENIX, AZ 85016-4237
8641367      +WELLS FARGO MORTGAGE,    PO BOX 54180,   LOS ANGELES CA 90054-0180
8878824       Wells Fargo Bank NA,   PO Box 10438,    Des Moines, IA 50306-0438
8660642      +Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,    Recovery Department,   P.O. Box 9210,
               Des Moines, IA 50306-9210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: bankruptcynotices@azdor.gov Jan 11 2014 00:26:40      AZ DEPARTMENT OF REVENUE,
                 BANKRUPTCY & LITIGATION,    1600 W. MONROE, 7TH FL.,     PHOENIX, AZ 85007-2650
8641335        +E-mail/Text: bankruptcynotices@azdor.gov Jan 11 2014 00:26:40      ARIZONA DEPARTMENT OF REVENUE,
                 SPECIAL OPERATIONS SECTION,    1600 W. MONROE, ROOM 720,     PHOENIX AZ 85007-2612
8651338         E-mail/PDF: mrdiscen@discoverfinancial.com Jan 11 2014 00:35:54      DISCOVER BANK,
                 DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
8641341         E-mail/PDF: mrdiscen@discoverfinancial.com Jan 11 2014 00:35:54      DISCOVER FIN SVCS LLC,
                 PO BOX 15316,    WILMINGTON DE 19850-5316
8883066         E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2014 00:29:54      GE Consumer Finance,
                 For GE Money Bank,    dba ETHAN ALLEN/GEMB,    PO Box 960061,    Orlando FL 32896-0661
8641345        +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2014 00:30:28      GEMB/ETHAN ALLEN,    PO BOX 981439,
                 EL PASO TX 79998-1439
8641349        +E-mail/Text: aida@gorenter.com Jan 11 2014 00:26:53      GORENTERS.COM,
                 645 EAST MISSOURI AVE, STE 270,     PHOENIX AZ 85012-1371
11892968       +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2014 00:30:28      Green Tree Servicing LLC,
                 7340 S. Kyrene Rd,    Recovery Dept T120,    Tempe, AZ 85283-4573
8641351         E-mail/Text: cio.bncmail@irs.gov Jan 11 2014 00:27:12      INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,    PHILADELPHIA PA 19114-0326
8641359         E-mail/Text: bnc@nordstrom.com Jan 11 2014 00:27:05      NORDSTROM BANK,    PO BOX 79134,
                 PHOENIX AZ 85062-9134
8665862        +E-mail/Text: bnc@nordstrom.com Jan 11 2014 00:27:05      Nordstrom fsb,    POB 6566,
                 Englewood,CO 80155-6566
                                                                                              TOTAL: 11

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Trust Company as Indenture Tr
cr*            +Green Tree Servicing LLC,    7340 S Kyrene Rd,    Recovery Dept T120,    Tempe, AZ 85283-4573
cr*           +++HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite 200,
                 Tucson, AZ 85712-1083
8899798*       +FIA Card Services NA aka Bank of America,     By PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
8641356*        MERS,    PO BOX 2026,    FLINT MI 48501-2026
8641347       ##+GMAC MORTGAGE LLC,    100 WITMER ROAD,    PO BOX 963,    HORSHAM PA 19044-0963
8641360        ##SEARS,    PO BOX 6564,    THE LAKES NV 88901-6564
8641363        ##WELLS FARGO BANK,    PO BOX 94435,    ALBUQUERQUE NM 87199-4435
                                                                                     TOTALS: 1, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2014                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2014 at the address(es) listed below:

        BRIAN A PAINO    on behalf of Creditor    The Bank of New York Trust Company as Indenture Trustee of Series 2007-HE2 ecfazb@piteduncan.com
        CHAD PHILIP MIESEN    on behalf of Creditor    Townes at South Park Homeowners Association chad@carpenterhazlewood.com, debbie@carpenterhazlewood.com;james@carpenterhazlewood.com;chad.miesen@ecf.inforuptcy.com
        JOSEPHINE E SALMON    on behalf of Creditor    GMAC MORTGAGE, LLC ecfazb@piteduncan.com
        KEVIN HAHN    on behalf of Creditor    GMAC MORTGAGE, LLC kevin@mclaw.org, JTran@mclaw.org
        MARK S. BOSCO    on behalf of Creditor C/O MARK S. BOSCO    WELLS FARGO BANK, N.A. ecf@tblaw.com
        RAYMOND J. STEELE    on behalf of Debtor BRENDA DENELL HANSERD raymondjsteele@qwestoffice.net
        RUSSELL BROWN    ecfmailclient@ch13bk.com
        U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV

        TOTAL: 8